UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of ST. JOSEPH'S PRECISION PRECAST ERECTORS, LLC, a Washington limited liability company,<br><br>     Plaintiff,<br><br> v.<br><br>KEVCON, INC., a California corporation,<br><br>     Defendant. | NO: 2:14-CV-0409-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 3). Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on January 29, 2015. Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  All claims and causes of action in this matter are **DISMISSED** without

3  prejudice and without costs or fees to any party.

4  The District Court Executive is hereby directed to enter this Order, furnish

5  copies to counsel, and **CLOSE** the file.

6  **DATED** January 29, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2